# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

           Plaintiff,           Civil Action No.
                                                   05-CV-05-CV-1381 (FJS/DEP)

    v.

0.573 ACRES OF LAND, MORE OR LESS,
SITUATED IN ST. LAWRENCE COUNTY,
STATE OF NEW YORK;
ALCOA POWER GENERATING INC.;
and UNKNOWN OWNERS,

           Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT OF TITLE AND JUST COMPENSATION

WHEREAS on November 3, 2005, the United States of America, plaintiff herein, commenced the above-entitled action for the purpose of acquiring under the power of eminent domain certain lands and property previously owned by defendant Alcoa Power Generating Inc., which lands and property are more particularly described in Schedules B and C attached to the Complaint in Condemnation filed herein on that date; and

WHEREAS by reason of the filing of a Declaration of Taking and the United States' depositing with the Clerk of the Court $600.00 (six hundred dollars) as estimated just compensation for this taking on November 3, 2005, title to such lands and property as are described in the Declaration of Taking and Schedules B and C attached thereto vested in the United States of America on November 3, 2005; and

WHEREAS the plaintiff United States of America and defendant Alcoa Power Generating Inc. have stipulated that the just compensation for the lands and property taken by the United States herein is $ 600.00 (six hundred dollars) and, pursuant to such stipulation and the order of this Court, the Clerk of the Court has paid $600.00 to defendant Alcoa Power Generating Inc.; and

WHEREAS this proceeding has been regularly conducted, all necessary parties to this action have been served, and no party hereto is an infant or is otherwise incompetent to defend their rights;

**NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED THAT**:

I. Title to the lands and property previously owned by Alcoa Power Generating Inc. and more particularly described in the Declaration of Taking and Schedules B and C attached thereto vested in the United States of America on November 3, 2005;

II. Just compensation for the taking of the lands and property previously owned by Alcoa Power Generating Inc. and more particularly described in the Declaration of Taking and Schedules B and C attached thereto is the sum of six hundred dollars ($ 600.00);

III. The Clerk of the Court shall forthwith enter judgment herein in favor of defendant Alcoa Power Generating Inc. in the amount of six hundred dollars ($ 600.00) and shall further record such judgment as fully satisfied; and

IV. This civil condemnation action is now closed.

Dated: June 9, 2006
Syracuse, New York

FREDERICK J. SCULLIN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

- 2 -